**STATE of Missouri, (Respondent),**

v.

**Bruce C. POMPEY, (Appellant).**

**No. WD 34973.**

Missouri Court of Appeals,
Western District.

Feb. 7, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
March 27, 1984.

Application to Transfer Denied
April 16, 1984.

William M. Barvick, Jefferson City, for appellant.

David C. Mason, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from judgment of conviction of offering violence to an inmate, and sentence of five years.

Judgment affirmed. Rule 30.25(b).

All concur.